**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **E. Lynn Schoenmann** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 22-30028 |

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:  Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................................. | $ 5,052,300.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................................ | $ 1,504,163.18 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................................... | $ 6,556,463.18 |

**Part 2:  Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... | $ 1,333,850.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ 1,278,576.71 |
| **Your total liabilities** | $ 2,612,426.71 |

**Part 3:  Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $ 15,706.30 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*................................................................ | $ 10,932.36 |

**Part 4:  Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case: 22-30028  Doc# 7  Filed: 01/16/22  Entered: 01/16/22 20:12:59  Page 1 of 50

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.                                    $ _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | E. Lynn Schoenmann | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number   22-30028

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

**1.1**

**39 Ethel Ave**
Street address, if available, or other description

**Mill Valley        CA      94941-0000**
City                    State    ZIP Code

**Marin**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtor's homestead residence located at: 39 Ethel Ave, Mill Valley, CA 94941;**

**Property description: A 3,100 sq. ft. single family home w/ 5br, 3.5ba, situated on 0.290AC of land; Property title vested jointly with deceased spouse as Community property with right of survivorship, now owned as a single unmarried woman with a fee simple interest; Current fair market value determined from Zillow.com sales comparables ($3,284,500.00) + an amount added for home improvements and additions made by the Debtor in recent years..**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,000,000.00 | $4,000,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property
(see instructions)

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## 1.2 If you own or have more than one, list here:

**25380 Green Oaks Court**

Street address, if available, or other description

**Idyllwild**         **CA**    **92549-0000**

City                State        ZIP Code

**Riverside**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtor's investment property located at: 25380 Green Oaks Ct, Idyllwild-Pine Cove, CA 92549, including tax assessor parcel #'s 563-073-005 and 563-073-003;**

**Property description: A 2,266 sq. ft. single family home w/ 4br, 2.5ba, situated on 1.16AC of land and a creek; Property title vested jointly with deceased spouse as Community property with right of survivorship, now owned as a single unmarried woman with a fee simple interest; Current fair market value determined from zillow.com sales comparables.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $806,500.00 | $806,500.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

## 1.3 If you own or have more than one, list here:

**4200 N. Miller Road #117**

Street address, if available, or other description

**Scottsdale**        **AZ**    **85251-0000**

City                State        ZIP Code

**Maricopa**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ■ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtor's investment property located at: 4200 N. Miller Road #117, Scottsdale, AZ 85251;**

**Property description: A 1,114 sq. ft. condominium w/ 2br, 2ba, situated within a condo community; Property title vested jointly with deceased spouse as Community property with right of survivorship, now owned as a single unmarried woman with a fee simple interest; Current fair market value determined from zillow.com sales comparables.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $245,800.00 | $245,800.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**................................................................=>

| $5,052,300.00 |
|---|

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 4 of 50

| **Part 2:** | Describe Your Vehicles |
| --- | --- |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Audi** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| --- | --- | --- | --- | --- | --- |
| | Model: | **A5** | ■ Debtor 1 only | | |
| | Year: | **2014** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **35,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |

Other information:

**2014 Audi A5 Convertible 2D Prestige 2WD in good condition; Mileage = 35,000; NADA average trade-in value = $24,425.00; Vehicle titled solely in Debtor's name and kept at homestead residence.**

☐ Check if this is community property
(see instructions)

**$24,425.00**          **$24,425.00**

| 3.2 | Make: | **Toyota** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| --- | --- | --- | --- | --- | --- |
| | Model: | **Tundra** | ■ Debtor 1 only | | |
| | Year: | **2005** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **151,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |

Other information:

**2005 Toyota Tundra Base 4WD in good condition; Mileage = 151,000; NADA average trade-in value = $5,050.00; Vehicle titled solely in Debtor's name (only because it was purchased by her son before he turned 18; Debtor has 0% Equitable interest in total value of ($5,050.00) and kept at homestead residence.**

☐ Check if this is community property
(see instructions)

**$5,050.00**          **$0.00**

| 3.3 | Make: | **Acura** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| --- | --- | --- | --- | --- | --- |
| | Model: | **ILX** | ■ Debtor 1 only | | |
| | Year: | **2019** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **12,500** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |

Other information:

**Leased Vehicle: 2019 Acura ILX Sedan 4D Premiumin good condition; Mileage = 12,500; NADA Average trade-in value = $25,200.00; Vehicle is leased by Debtor who holds legal title only and has no equitable (0%) ownership interest in vehicle; Vehicle will be returned to Lessor upon lease completion; Lease on Schedule G.**

☐ Check if this is community property
(see instructions)

**$25,200.00**          **$0.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 3.4 | Make: | **Volvo** |
|---|---|---|
| | Model: | **XC60 Hybrid** |
| | Year: | **2022** |
| | Approximate mileage: | **11.0** |
| | Other information: | |

> **Leased Vehicle: 2022 Volvo XC60 Recharge T8 eAWD PHEV Inscription in new condition; Mileage = 11.0; NADA Invoice price = $59,140.00; Vehicle is leased by Debtor who holds legal title only and has no equitable (0%) ownership interest in vehicle; Vehicle will be returned to Lessor upon lease completion; Lease on Schedule G.**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$59,140.00** | **$0.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>

   **$24,425.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   > **Miscellaneous household goods, appliances and furnishings. All personal property in fair to good condition (not "new"), owned by Debtor, and deceased husband's probate estate also asserts a community property interest. All property kept at homestead residence and rental properties. See Note.**

   **Unknown**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   > **Televisions; DVD player; Computer & printer; Stereo equipment; Cell phones; & other small miscellaneous household electronic items; Property owned by Debtor, and deceased husband's probate estate also asserts a community property interest. All property kept at homestead residence and rental properties. See Note**

   **Unknown**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
    other collections, memorabilia, collectibles

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Books, pictures, CD's, DVD's, knick-knack's, collectables, & items primarily of personal value.; Property owned by Debtor, and deceased husband's probate estate also asserts a community property interest.  All property kept at homestead residence and rental properties.  See Note. | **Unknown** |

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
    musical instruments

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| NordicTrac stationary bike.  See Note. | **Unknown** |

10.  **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes.  Describe.....

11.  **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Clothing & personal effects for one adult. See Note. | **Unknown** |

12.  **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Wife's wedding band; Property owned by Debtor, and deceased husband's probate estate also asserts a community property interest; All property kept at homestead residence.  See Note. | **Unknown** |

| | |
|---|---|
| Assorted fine jewelry consisting of: rings, necklaces, earrings, bracelets, men's & women's watches; Property owned by Debtor, and deceased husband's probate estate also asserts a community property interest; All property kept at homestead residence.  See Note. | **Unknown** |

13.  **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Australian Red Heeler Cattle Dog; A mixed Terrier rescue dog; 1 rescue cat. | **Unknown** |

14.  **Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes.  Give specific information.....

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 7 of 50

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| | |
|---|---|
| | **$0.00** |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes........................................................................................................

| | |
|---|---|
| Cash in Debtor's possession. | **$750.00** |

17.  **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **Checking** | **First Republic Bank: 111 Pine Street, San Francisco, CA 94111 Personal checking account # xxx-xxxx-3581** <br><br>**\*Balance listed is the amount as of the filing date, 1/14/2022; Account will be closed post-filing and a Debtor-in-Possession account will be opened, and funds transferred.** | **$48,651.00** |
| 17.2. | **Business checking** | **First Republic Bank: 111 Pine Street, San Francisco, CA 94111 Business checking account # xxx-xxxx-3573** <br><br>**\*Balance listed is the amount as of the filing date, 1/14/2022; Account will be closed post-filing and a Debtor-in-Possession account will be opened, and funds transferred.** | **$56,227.00** |
| 17.3. | **Checking** | **First Republic Bank: 111 Pine Street, San Francisco, CA 94111 E. LYNN SCHOENMANN ITF JASON SCHOENMANN Personal checking account # xxx-xxxx-1733 (Debtor has 0% Equitable interest in total value of $9,519.00)** | **$0.00** |
| 17.4. | **Checking** | **First Republic Bank: 111 Pine Street, San Francisco, CA 94111 E. LYNN SCHOENMANN ITF ANNA SCHOENMANN Personal checking account # xxx-xxxx-1774 (Debtor has 0% Equitable interest in total value of $3,483.00)** | **$0.00** |

Case: 22-30028   Doc# 7   Filed: 01/16/22   Entered: 01/16/22 20:12:59   Page 8 of 50

| | | | |
|---|---|---|---:|
| 17.5. | **Checking** | **First Republic Bank: 111 Pine Street, San Francisco, CA 94111**<br>**Joint personal checking account #**<br>**xxx-xxxx-2354**<br>**(Adult son is co-signerr, but all funds are 100% owned by Debtor)** | $2,850.00 |
| 17.6. | **Checking** | **First Republic Bank: 111 Pine Street, San Francisco, CA 94111**<br>**Joint personal checking account #**<br>**xxx-xxxx-5084**<br>**(Adult daughter is co-siigner)**<br><br>**(Debtor has 0% Equitable interest in total value of $1,320.00, all funds owned by daughter)** | $0.00 |
| 17.7. | **Checking** | **First Republic Bank: 111 Pine Street, San Francisco, CA 94111**<br>**Joint personal checking account #**<br>**xxx-xxxx-5126**<br>**(Adult son is co-signer)**<br><br>**(Debtor has 0% Equitable interest in total value of $655.00, all funds owned by her son)** | $0.00 |
| 17.8. | **Savings** | **BlackRock College Advantage: 529 P.O. Box 9783 Providence, RI 02940**<br>**(2) separate 529 college savings plans; (1) FBO Anna Schoenmann & (1) FBO Jason Schoenmann.**<br>**(Debtor has 0% Equitable interest in total value of $326,894.39, all collegiate funds owned by daughter & son; funds are exempt from bankruptcy estate under C.C.P. § 704.105 ~ScholarShare 529 college savings account)** | $0.00 |
| 17.9. | **Brokerage** | **First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111**<br>**Brokerage account # xxx-xx4534** | $450,000.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
           Name of entity:                                   % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
           Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| | Type of account: | Institution name: | |
|---|---|---|---|
| | **Guardian IRA** | **First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111 Guardian IRA account # xxx-xx1549**<br><br>**For the Benefit of Anna Schoenmann Pershing LLC as Custodian Beneficiary of John K. Aho E. LYNN SHOENMANN, Guardian (0% Equitable interest in total value of $364,089.58)** | **$0.00** |
| | **Guardian IRA** | **First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111 Guardian IRA account # xxx-xx1713**<br><br>**For the Benefit of Jason Schoenmann Pershing LLC as Custodian Beneficiary of John K. Aho E. LYNN SHOENMANN, Guardian (0% Equitable interest in total value of $364,800.39)** | **$0.00** |
| | **IRA** | **First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111 IRA account # xxx-xx1556**<br><br>**For the Benefit of E. Lynn  Schoenmann Pershing LLC as Custodian Beneficiary of John K. Aho** | **$135,561.16** |
| | **Profit-Sharing Plan** | **First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111 Profit sharing plan account # xxx-xx1525** | **$445,436.60** |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ■ Yes. ....................                                    Institution name or individual:

| | | Institution name or individual: | |
|---|---|---|---|
| | **Trust funds held** | **Shartsis Friese LLP: 1 Maritime Plaza # 18, San Francisco, CA 94111; Trust funds held on account for probate legal services.** | **$25,000.00** |
| | **Rental deposit** | **Security deposit held by Lessor of storage unit, Mill Valley Stor-All. change on G** | **$330.00** |
| | **Security deposit for cruise Summer 2022** | **Princess LInes** | **$750.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ☐ No
   ■ Yes............                  Issuer name and description.

Case: 22-30028   Doc# 7   Filed: 01/16/22   Entered: 01/16/22 20:12:59   Page 10 of 50

| | |
|---|---|
| Monthly Retirement Annuity Benefit from Metropolitan Life Insurance Company, Annuity # xxxx051A; Monthly benefit amount = $961.92. | $961.92 |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No

    ☑ Yes.  Give specific information about them...

| | |
|---|---|
| First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111<br>Brokerage account # xxx-xx1460 that establishes an irrevocable living trust;<br><br>THE AHO FAMILY TRUST<br>Under agreement dated 05/28/1996<br>E. LYNN SHOENMANN TRUSTEE | $244,744.40 |
| First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111<br>Brokerage account # xxx-xx9403 that establishes an irrevocable living trust;<br><br>AHO FAMILY TRUST<br>For the Benefit of Anna Schoenmann Under agreement dated 05/28/1996<br>E. LYNN SHOENMANN TRUSTEE<br>(Trustee cannot withdraw money for her own use; 0% Equitable interest in total value of $89,770.18) | $0.00 |
| First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111<br>Brokerage account # xxx-xx9437 that establishes an irrevocable living trust;<br><br>AHO FAMILY TRUST<br>For the Benefit of Jason Schoenmann Under agreement dated 05/28/1996<br>E. LYNN SHOENMANN TRUSTEE<br>(Trustee cannot withdraw money for her own use; 0% Equitable interest in total value of $89,769.18) | $0.00 |
| First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111<br>Brokerage account # xxx-xx2217 that establishes a UTMA Trust<br><br>For the Benefit of Anna Schoenmann, under Uniform Transfer to Minors Act until age 21<br>E. LYNN SHOENMANN CUSTODIAN<br>(0% Equitable interest in total value of $31,094.19) | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | |
|---|---|
| **First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111**<br>**Brokerage account # xxx-xx0377 that establishes a UTMA Trust**<br><br>**For the Benefit of Jason Schoenmann, under Uniform Transfer to Minors Act until age 21**<br>**E. LYNN SHOENMANN CUSTODIAN**<br>**(0% Equitable interest in total value of $46,017.54)** | **$0.00** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
           benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
              Company name:                          Beneficiary:                          Surrender or refund
                                                                                            value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes.  Describe each claim.........

Case: 22-30028   Doc# 7   Filed: 01/16/22   Entered: 01/16/22 20:12:59   Page 12 of 50

| Potential counterclaim of $4,000,000.00 estimated, related to: Probate litigation In Re: The Estate of Donn R. Schoenmann; Marin Co. Superior Court Case No. PRO1801087 | **Unknown** |
|---|---|

35. **Any financial assets you did not already list**
☐ No
■ Yes.  Give specific information..

| Monthly gross SSA Benefit. | **$2,896.10** |
|---|---|

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................. | **$1,414,158.18** |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☐ No
■ Yes.  Describe.....

| From Debtor's duty as a Bankruptcy Trustee: 190 Chapter 7 bankruptcy cases with a report of no distribution, the  $60 per case no-asset fee not yet received from the court, for a total of $7,740.00. | **$7,740.00** |
|---|---|
| $12,840.00 not yet received from the U.S. Trustee  matching fund for year ending 12/31/2021. | **$12,840.00** |
| A possible $45,000.00 in compensation requestedfor services in an asset Chapter 7 case in final account submitted in 2021; Court Order pending. | **$45,000.00** |

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
■ Yes.  Describe.....

| Office furnishings, equipment & supplies used in Debtor's ordinary course of business as a Bankruptcy Trustee, located at: 39 Ethel Ave, Mill Valley, CA 94941 | **Unknown** |
|---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
■ No
☐ Yes.  Describe.....

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 13 of 50

**41. Inventory**
- ■ No
- ☐ Yes.  Describe.....

**42. Interests in partnerships or joint ventures**
- ■ No
- ☐ Yes.  Give specific information about them...................
  - Name of entity:                                    % of ownership:

**43. Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  - ■ No
  - ☐ Yes.  Describe.....

**44. Any business-related property you did not already list**
- ■ No
- ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................................    | $65,580.00

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | $0.00

**Part 8:   List the Totals of Each Part of this Form**

| | | |
|---|---|---:|
| 55. **Part 1: Total real estate, line 2** ................................................................................ | | $5,052,300.00 |
| 56. **Part 2: Total vehicles, line 5** | $24,425.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $0.00 | |
| 58. **Part 4: Total financial assets, line 36** | $1,414,158.18 | |
| 59. **Part 5: Total business-related property, line 45** | $65,580.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | $1,504,163.18 | Copy personal property total $1,504,163.18 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $6,556,463.18 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## SCHEDULE A/B - PROPERTY
### Note to Schedule A/B, Part 3, Questions 6 - 13

The Debtor has doubts about her ability to accurately assess the realizable value of her personal property assets, and has consequently identified their value as "unknown." The Debtor understands that Stuart Schoenmann is in possession of recent appraisals of all of those assets. The Debtor intends to obtain those appraisals and file them with the Court to provide a third-party valuation of her personal property assets.

| Debtor 1 | E. Lynn Schoenmann | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 22-30028 | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **39 Ethel Ave Mill Valley, CA 94941 Marin County**<br>**Debtor's homestead residence located at: 39 Ethel Ave, Mill Valley, CA 94941;**<br><br>**Property description: A 3,100 sq. ft. single family home w/ 5br, 3.5ba, situated on 0.290AC of land; Property title vested jo**<br>Line from *Schedule A/B*: **1.1** | $4,000,000.00 | ■ $600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.950 |
| **2014 Audi A5 35,000 miles**<br>**2014 Audi A5 Convertible 2D Prestige 2WD in good condition; Mileage = 35,000; NADA average trade-in value = $24,425.00; Vehicle titled solely in Debtor's name and kept at homestead residence.**<br>Line from *Schedule A/B*: **3.1** | $24,425.00 | ■ $3,325.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case: 22-30028   Doc# 7   Filed: 01/16/22   Entered: 01/16/22 20:12:59   Page 16 of 50

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Miscellaneous household goods, appliances and furnishings. All personal property in fair to good condition (not "new"), owned by Debtor, and deceased husband's probate estate also asserts a community property interest.   All property kept at homestead resi**<br>Line from *Schedule A/B*: **6.1** | Unknown | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Televisions; DVD player; Computer & printer; Stereo equipment; Cell phones; & other small miscellaneous household electronic items; Property owned by Debtor, and deceased husband's probate estate also asserts a community property interest. All property kep**<br>Line from *Schedule A/B*: **7.1** | Unknown | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Books, pictures, CD's, DVD's, knick-knack's, collectables, & items primarily of personal value.; Property owned by Debtor, and deceased husband's probate estate also asserts a community property interest.  All property kept at homestead residence and renta**<br>Line from *Schedule A/B*: **8.1** | Unknown | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **NordicTrac stationary bike.  See Note.**<br>Line from *Schedule A/B*: **9.1** | Unknown | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Clothing & personal effects for one adult. See Note.**<br>Line from *Schedule A/B*: **11.1** | Unknown | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Wife's wedding band; Property owned by Debtor, and deceased husband's probate estate also asserts a community property interest; All property kept at homestead residence.  See Note.**<br>Line from *Schedule A/B*: **12.1** | Unknown | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Assorted fine jewelry consisting of: rings, necklaces, earrings, bracelets, men's & women's watches; Property owned by Debtor, and deceased husband's probate estate also asserts a community property interest; All property kept at homestead residence.  See**<br>Line from *Schedule A/B*: **12.2** | Unknown | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 17 of 50

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: First Republic Bank: 111 Pine Street, San Francisco, CA 94111 Personal checking account # xxx-xxxx-3581**<br><br>**\*Balance listed is the amount as of the filing date, 1/14/2022; Account will be closed post-filing and a Debtor-in-Possession account will**<br>Line from *Schedule A/B*: **17.1** | $48,651.00 | ■ $48,651.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111 IRA account # xxx-xx1556**<br><br>**For the Benefit of E. Lynn Schoenmann Pershing LLC as Custodian Beneficiary of John K. Aho**<br>Line from *Schedule A/B*: **21.3** | $135,561.16 | ■ $135,561.16<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 704.115(a)(3), (b), (e) |
| **Profit-Sharing Plan: First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111 Profit sharing plan account # xxx-xx1525**<br>Line from *Schedule A/B*: **21.4** | $445,436.60 | ■ $445,436.60<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 704.115(a)(3), (b), (e) |
| **Monthly Retirement Annuity Benefit from Metropolitan Life Insurance Company, Annuity # xxxx051A; Monthly benefit amount = $961.92.**<br>Line from *Schedule A/B*: **23.1** | $961.92 | ■ $961.92<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111 Brokerage account # xxx-xx1460 that establishes an irrevocable living trust;**<br><br>**THE AHO FAMILY TRUST Under agreement dated 05/28/1996 E. LYNN SHOENMANN TRUSTEE**<br>Line from *Schedule A/B*: **25.1** | $244,744.40 | ■ $244,744.40<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Monthly gross SSA Benefit.**<br>Line from *Schedule A/B*: **35.1** | $2,896.10 | ■ $2,896.10<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407 |
| **Office furnishings, equipment & supplies used in Debtor's ordinary course of business as a Bankruptcy Trustee, located at: 39 Ethel Ave, Mill Valley, CA 94941**<br>Line from *Schedule A/B*: **39.1** | Unknown | ☐<br>☐ 100% of fair market value, up to any applicable statutory limit ☐<br>☐ (100% box checked) | C.C.P. § 704.020 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☐   No

    ■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ■   No

        ☐   Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **E. Lynn Schoenmann** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 22-30028 | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|

| 2.1 | **First Republic Bank** | **07/2013; Mortgage; Monthly pmt = $2,500.97; No arrears. Debtor's homestead residence located at: 39 Ethel Ave, Mill Valley, CA 94941.** | $1,333,850.00 | $4,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy/Residential Lending 111 Pine Street San Francisco, CA 94111**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred   **07/2013**        Last 4 digits of account number   **2119**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,333,850.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,333,850.00 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 20 of 50

| Debtor 1 | **E. Lynn Schoenmann** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 22-30028 | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **CA Dept. of Tax and Fee Administration** | | | |
| | Priority Creditor's Name | | | |

| 2.1 | **CA Dept. of Tax and Fee Administration** <br> Priority Creditor's Name | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Last 4 digits of account number _____          **$0.00**        **$0.00**        **$0.00**

**Attn: Bankruptcy Dept./Insolvency 450 N Street Sacramento, CA 95814**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                              **N/A**

**Notice only**

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 21 of 50

| 2.2 | CA Franchise Tax Board | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Attn: Personal Bankruptcy**
**MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**N/A**

**Notice only**

---

| 2.3 | EDD-California Employee Development Dept | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Attn: Bankruptcy**
**PO Box 826846**
**Sacramento, CA 94246**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**N/A**

**Notice only**

---

| 2.4 | Internal Revenue Service | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Centralized Lien Unit Division**
**Cincinnati IRS Campus**
**PO Box 145595**
**Cincinnati, OH 45250-5595**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**N/A**

**Notice only**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 2.5 | **Internal Revenue Service** | Last 4 digits of account number _____ | _____ **$0.00** | _____ **$0.00** | _____ **$0.00** |

Priority Creditor's Name

**Central Insolvency Section**
**PO Box 7346**
**Philadelphia, PA 19101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                              **N/A**

**Notice only**

---

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| 4.1 | **American Express** | Last 4 digits of account number  **8183** | **$14,435.00** |

Nonpriority Creditor's Name

**Attn: Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **Various dates**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Account opened 5/1973 ; Revolving credit card purchases made on various dates.**

---

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 23 of 50

| 4.2 | **Barclays Bank Delaware** | Last 4 digits of account number | **5263** | **$2,560.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 8801**
**Wilmington, DE 19899**
Number Street City State Zip Code

When was the debt incurred?    **Various dates**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Account opened 8/2021; Revolving credit card purchases made on various dates.**

---

| 4.3 | **Beth Schoenmann** | Last 4 digits of account number | **N/A** | **Unknown** |

Nonpriority Creditor's Name
**c/o Frank Busch, Esq.**
**& James Wagstaffe, Esq.**
**100 Pine St., Ste. 2250**
**San Francisco, CA 94111**
Number Street City State Zip Code

When was the debt incurred?    **2021**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Probate litigation In Re: The Estate of Donn R. Schoenmann; Marin Co. Superior Court Case No. PRO1801087.**

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 24 of 50

| 4.4 | Celeste Lytle | Last 4 digits of account number | N/A | Unknown |

Nonpriority Creditor's Name

c/o Frank Busch, Esq.
& James Wagstaffe, Esq.
100 Pine St., Ste. 2250
San Francisco, CA 94111

When was the debt incurred?    2021

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Probate litigation In Re: The Estate of Donn R. Schoenmann; Marin Co. Superior Court Case No. PRO1801087.**

---

| 4.5 | Chase Card Services | Last 4 digits of account number | 3723 | $25,344.00 |

Nonpriority Creditor's Name

Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

When was the debt incurred?    Various dates

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Account opened 9/1997; Revolving credit card purchases made on various dates.**

---

| 4.6 | Citibank | Last 4 digits of account number | 9215 | $18,074.00 |

Nonpriority Creditor's Name

Attn: Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179

When was the debt incurred?    4/2021

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal loan/line of credit**

---

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 25 of 50

---

**4.7**  **Colette Sims**
Nonpriority Creditor's Name

c/o Frank Busch, Esq.
& James Wagstaffe, Esq.
100 Pine St., Ste. 2250
San Francisco, CA 94111
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **N/A**                                    **Unknown**

When was the debt incurred?    **2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Probate litigation In Re: The Estate of Donn R. Schoenmann; Marin Co. Superior Court Case No. PRO1801087.**

---

**4.8**  **Discover Financial**
Nonpriority Creditor's Name

Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6391**                                    **$6,454.00**

When was the debt incurred?    **Various dates**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Account opened 7/2021; Revolving credit card purchases made on various dates.**

---

**4.9**  **Kieve Law Offices**
Nonpriority Creditor's Name

2655 Steiner Street
San Francisco, CA 94115
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **N/A**                                    **Unknown**

When was the debt incurred?    **2021-2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Legal fees rendered, but not yet billed.**

---

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 26 of 50

| 4.1 0 | **Shartsis Friese LLP** | Last 4 digits of account number | **7523** | **$286,576.71** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1 Maritime Plaza #18**
**San Francisco, CA 94111-3958**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12/15/2021 Invoice**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Professional Probate Legal services, November, 2021 invoice ($266,576.71), and eestimated amount ($20,000.00) for December 2021.**

■ Other. Specify

---

| 4.1 1 | **Stuart Schoenmann, Beneficiary of Estate** | Last 4 digits of account number | **N/A** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o The Law Office of James P. Lamping**
**James P. Lamping, Esq.**
**100 Pine Street, Suite 1250**
**San Francisco, CA 94111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Probate litigation In Re: The Estate of Donn R. Schoenmann; Marin Co. Superior Court Case No. PRO1801087**

■ Other. Specify

---

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 27 of 50

| 4.1 2 | Stuart Schoenmann, Executor of Estate | Last 4 digits of account number | N/A | Unknown |

Nonpriority Creditor's Name
**c/o Gamez Law**
**Alicia Gamez, Esq.**
**100 Pine St. Ste. 1250**
**San Francisco, CA 94111**

**When was the debt incurred?**    2021

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Probate litigation In Re: The Estate of Donn R. Schoenmann; Marin Co. Superior Court Case No. PRO1801087.**

| 4.1 3 | TD Bank Card Services/Nordictrack | Last 4 digits of account number | 8623 | $533.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**Po Box 9547**
**Portland, ME 04112**

**When was the debt incurred?**    4/2021

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Account opened 4/2021; Purchased stationary bike.**

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 28 of 50

| 4.1 4 | |
|---|---|

**U.S. Small Business Administration**     Last 4 digits of account number  **5962**     **$924,600.00**

Nonpriority Creditor's Name
**Attn: EIDL Loans**
**455 Market St. suite 600**
**San Francisco, CA 94105**
Number Street City State Zip Code

When was the debt incurred?   **12/13/2021**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**U.S. Small Business Administration Economic Injury Disaster Loan secured by a blanket lien an all assets owned by Debtor.  Lien apparently not perfected.**

☐ Yes

■ Other. Specify   *Loan in forbearance until 12/2023

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**John Stein, Esq.**
**Larisa A. Meisenheimer, Esq.**
**One Maritime Plaza, 18th Floor**
**San Francisco, CA 94111**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Loren Kieve, Esq.**
**2655 Steiner Street**
**San Francisco, CA 94115**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Richard T. Franceschini, Esq.**
**1101 Fifth Avenue #100**
**San Rafael, CA 94901**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**U.S. Small Business Administration**
**Attn: Director, RMD**
**409 3rd St., SW**
**Washington, DC 20416**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**U.S. Small Business Administration**
**Attn: Bankruptcy**
**10737 Gateway West, 11300**
**El Paso, TX 79935**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**U.S. Small Business Administration**
**Attn: Office of Disaster Assistance**
**14925 Kingsport Road**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Case: 22-30028   Doc# 7   Filed: 01/16/22   Entered: 01/16/22 20:12:59   Page 29 of 50

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $  0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $  0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $  0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $  0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $  0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $  0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $  0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $  0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $  1,278,576.71 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $  1,278,576.71 |

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 30 of 50

| Debtor 1 | **E. Lynn Schoenmann** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number | 22-30028 | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **American Honda Finance**<br>**Attn: National Bankruptcy Center**<br>**Po Box 168088**<br>**Irving, TX 75016** | **Motor vehicle lease, account # xxxxx6780, opened 9/2019; 2019 Acura ILX Sedan 4D Premium in good condition; Mileage = 12,500; NADA Average trade-in value = $25,200.00; Lease maturity date is 9/22/2022. Monthly contract lease payment = $346.41; Payments are current and lease will be assumed.** |
| 2.2 | **Edward & Jeanne Rudnicki**<br>**4200 N. Miller Rd.**<br>**#117**<br>**Scottsdale, AZ 85251** | **5 month short term residential lease that began 12/1/2021 for Debtor's investment property at 4200 N. Miller Rd., #117, Scottsdale AZ where Debtor is Lessor; Monthly contract rent = $3,200.00; Debtor holds no security deposit; Rent payments from Lessee are current and Debtor wishes to assume.** |
| 2.3 | **Mill Valley Stor-All**<br>**799 Redwood Highway**<br>**# B-7**<br>**Mill Valley, CA 94941** | **Month to month rental lease for a storage unit that began 7/30/2018; Monthly contract payment = $330.00; Lessor holds a security deposit of $330.00; Payments are current and lease will be assumed.** |
| 2.4 | **Volvo Car Financial Services**<br>**Attn: Bankruptcy**<br>**PO Box 91300**<br>**Mobile, AL 36691** | **Motor vehicle lease, account # xxxxx2614: 2022 Volvo XC60 Recharge T8 eAWD PHEV Inscription in new condition; Mileage = 11.0; NADA Invoice price = $59,140.00; Lease maturity date is 1/08/2025. Monthly contract lease payment = $483.59; Payments are current and lease will be assumed.** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **E. Lynn Schoenmann** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number | 22-30028 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

# Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ■ Yes.

   In which community state or territory did you live? __California__ . Fill in the name and current address of that person.

   **Donn R. Schoenmann**
   **Deceased in 2018**
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br><br>_____ _____<br>Number    Street<br>City              State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br><br>_____ _____<br>Number    Street<br>City              State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 32 of 50

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 33 of 50

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **E. Lynn Schoenmann** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | **22-30028** |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

<u>Official Form 106I</u>

# Schedule I: Your Income                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:      Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | **Bankruptcy Trustee** | |
| | **Employer's name** | **E. Lynn Schoenmann** | |
| | **Employer's address** | **39 Ethel Avenue**<br>**Mill Valley, CA 94941** | |
| | **How long employed there?** | **24 years** | |

## Part 2:      Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $            0.00 | $            N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$            0.00 | +$            N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $            0.00 | $            N/A |

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ N/A

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 12,018.38 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 2,726.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 961.92 | $ N/A |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 15,706.30   $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 15,706.30   + $ N/A   = $ 15,706.30
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 15,706.30

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐    No.

■    Yes. Explain:

> **Debtor's business income fluctuates a great deal. In calculating revenues and expenses for a Sch. I monthly net income amount, an average of her 2019, 2020, & 2021 Federal Sch. C tax form amounts were used. She believes that the 36 month calaculation provides an accurate average that accounts for the fluctuations due to factors related to her industry. Average monthly net business income = $10,698.75.**
>
> **Debtor's 2 investment properties are short term rentals. The rental income does not fluctuate a great deal from year to year. A monthly average rental and expense total amount for 2021 is used for Schedule I, giving a net rental income of $1,319.63.**
>
> **Total net income from operating a business and 2 rental properties = $12,018.38.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **E. Lynn Schoenmann** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | **22-30028** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **18** | ☐ No  ■ Yes |
| **Daughter** | **18** | ■ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ **1,950.76**

   If not included in line 4:

   4a. Real estate taxes   4a. $ **1,938.72**
   4b. Property, homeowner's, or renter's insurance   4b. $ **440.90**
   4c. Home maintenance, repair, and upkeep expenses   4c. $ **200.00**
   4d. Homeowner's association or condominium dues   4d. $ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ **0.00**

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 36 of 50

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 380.40 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 158.91 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: **Verizon phone sevice** | 6d. $ | 319.44 |
| | | **Comcast cable** | $ | 396.71 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,200.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 300.00 |
| 10. | **Personal care products and services** | | 10. $ | 125.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 75.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 175.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 250.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 555.82 |
| | 15c. | Vehicle insurance | 15c. $ | 837.11 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 483.59 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **Pet/Vet expenses & dog boarding** | 21. +$ | 425.00 |
| | **School misc. expenses for 2** | | +$ | 150.00 |
| | **Vehicle registration, repairs & maintenance** | | +$ | 100.00 |
| | **Uber fees** | | +$ | 20.00 |
| | **Gifts** | | +$ | 200.00 |
| | **Landscaping** | | +$ | 250.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. | Add lines 4 through 21. | $ | 10,932.36 |
| | 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. | Add line 22a and 22b.  The result is your monthly expenses. | $ | 10,932.36 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | 15,706.30 |
| | 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | 10,932.36 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 4,773.94 |

Case: 22-30028   Doc# 7   Filed: 01/16/22   Entered: 01/16/22 20:12:59   Page 37 of 50

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here: **Debtor's homestead related expenses of: mortgage, property tax, home insurance, & basic utilities are divided with her business on Federal tax form 8829 for business use of home, with a 78%/22% split. The out-of-pocket amount of these expenses listed on Sch. J reflect the 78% "homestead portion", while the 22% is separately deducted on Federal Form Schedule C as business expenses, which is calculated in determining her Sch. I business net income.**

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 38 of 50

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **E. Lynn Schoenmann** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number | **22-30028** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ E. Lynn Schoenmann**          X _____
   **E. Lynn Schoenmann**                  Signature of Debtor 2
   Signature of Debtor 1

Date **January 16, 2022**                  Date _____

**Fill in this information to identify your case:**

Debtor 1    **E. Lynn Schoenmann**

           First Name          Middle Name          Last Name

Debtor 2

(Spouse if, filing)     First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number    **22-30028**
(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
■ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case: 22-30028   Doc# 7   Filed: 01/16/22   Entered: 01/16/22 20:12:59   Page 40 of 50

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2021 ) | ☐ Wages, commissions, bonuses, tips | $181,439.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2020 ) | ☐ Wages, commissions, bonuses, tips | $229,877.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | IRA Distributions | $0.00 | | |
| | **Pensions and Annuities** | $0.00 | | |
| | **Social Security Benefits** | $0.00 | | |
| | **Rental Real Estate** | $3,200.00 | | |
| **For last calendar year:** (January 1 to December 31, 2021 ) | IRA Distributions | $13,664.00 | | |
| | **Pensions and Annuities** | $11,543.00 | | |
| | **Social Security Benefits** | $32,814.00 | | |
| | **Rental Real Estate** | $48,407.10 | | |
| **For the calendar year before that:** (January 1 to December 31, 2020 ) | IRA Distributions | $12,497.00 | | |
| | **Pensions and Annuities** | $11,543.00 | | |
| | **Social Security Benefits** | $32,395.00 | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1<br>Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|
| **Rental Income** | **$47,600.00** | | |

## Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■  No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐  No.    Go to line 7.

■  Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐  Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐  No.    Go to line 7.

☐  Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **First Republic Bank**<br>**Attn: Bankruptcy/Residential**<br>**Lending**<br>**111 Pine Street**<br>**San Francisco, CA 94111** | 01/08/2022:<br>$2,500.97<br>12/08/2021:<br>$2,500.97<br>11/08/2021:<br>$2,500.97 | **$7,502.91** | **$1,333,850.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** | 12/21/2021:<br>$10,000.00<br>12/13/2021:<br>$2,378.61<br>12/02/2021: $86.00<br>12/01/2021:<br>$485.50<br>11/11/2021:<br>$602.00<br>11/04/2021: $86.00<br>10/19/2021:<br>$485.44 | **$14,218.55** | **$14,435.00** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Chase Card Services**<br>**Attn: Correspondence Dept**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | **12/22/2021:**<br>**$10,363.04**<br>**12/18/2021:**<br>**$10,000.00**<br>**12/01/2021:**<br>**$535.00**<br>**12/01/2021:**<br>**$204.00**<br>**10/22/2021:**<br>**$183.00**<br>**10/18/2021:**<br>**$490.00** | **$21,775.04** | **$25,344.00** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Shartsis Friese LLP**<br>**One Maritime Plaza - 18th Floor**<br>**San Francisco, CA 94111-3958** | **12/10/2021:**<br>**$223,167.36**<br>**10/29/2021:**<br>**$82,021.07** | **$305,188.43** | **Unknown** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Professional Probate Legal services.** |
| **Internal Revenue Service**<br>**Department of the Treasury**<br>**PO Box 7704**<br>**San Francisco, CA 94120** | **1/13/2022** | **$9,301.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Federal tax liability for tax year ending 12/31/2021.** |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐  No
    ☑  Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| The Estate of Donn R. Schoenmann vs. Lynn Schoenmann<br>PRO1801087 | Probate | Marin County Superior Court<br>3501 Civic Center Drive<br>San Rafael, CA 94903 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑  No. Go to line 11.
    ☐  Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☑  No
    ☐  Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ☑  No
    ☐  Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ☑  No
    ☐  Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ☑  No
    ☐  Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy
Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 44 of 50

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **St. James Law, P.C.**<br>**Michael St. James, Esq.**<br>**22 Battery Street, Suite 888**<br>**San Francisco, CA 94111**<br>**michael@stjames-law.com** | **$25,000.00; $100,000.00; Attorney Retainers paid pre-filing of Ch. 11 case.** | **1/4/2022;**<br>**1/13/2022** | **$125,000.00** |
| **Bachecki, Crom & Co., LLP**<br>**Jay D. Crom, CPA**<br>**400 Oyster Point Blvd., Suite 106**<br>**South San Francisco, CA 94080**<br>**jcrom@bachcrom.com** | **$30,000.00; CPA Retainer paid pre-filing of Ch. 11 case.** | **1/13/2022** | **$30,000.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

Case: 22-30028    Doc# 7    Filed: 01/16/22    Entered: 01/16/22 20:12:59    Page 45 of 50

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Volvo Car Financial Services<br>Attn: Bankruptcy<br>PO Box 91300<br>Mobile, AL 36691<br><br>Vehicle Lessor | 1. 2015 Volvo XC70 Wagon 4D T6 Platinum AWD Turbo in good condition; Mileage = 52,000; NADA average trade-in value = $23,175.00;<br><br>2. $7,500.00 of Debtor's cash. | Debtor's leased vehicle: 2022 Volvo XC60 Recharge T8 eAWD PHEV Inscription in new condition; Mileage = 11.0; NADA Invoice price = $59,140.00; Vehicle leased by Debtor who holds legal title only and has no equitable (0%) ownership interest in vehicle; Vehicle will be returned to Lessor upon lease completion; Lease listed on Schedule G. | 01/08/2022 |
| Tory Preston King and Caitlin Hawes King<br>41 Ethel Avenue<br>Mill Valley, CA 94941<br><br>None | Debtor's prior investment property located at: 41 Ethel Avenue, Mill Valley, CA 94941;<br><br>Property description: A 2,062 sq. ft. single family home w/ 3br, 3ba, situated on 0.167AC of land; Value of property = $1,400.000.00 | 50% of net sale proceeds to E. Lynn Schoenmann = $254,067.22<br>50% of net sale proceeds to E. Lynn Schoenmann, Trustee of the Aho Family Trust = $254,067.22. | 5/21/2021 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☐ No

■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| The Aho Trust | Debtor's transferred $480,000.00 to the trust in May 2016. | 05/2016 |

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| First Republic Bank<br>111 Pine Street<br>San Francisco, CA 94111 | XXXX-4050 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 06/2021 | $582.00 |

Case: 22-30028   Doc# 7   Filed: 01/16/22   Entered: 01/16/22 20:12:59   Page 46 of 50

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
☑ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Mill Valley Stor-All<br>799 Redwood Highway<br>Mill Valley, CA 94941 | E. Lynn Schoenmann<br>Anna & Jason Schoenmann<br>39 Ethel Avenue<br>Mill Valley, CA 94941 | Household goods and furnishings, business records owned solely by Debtor - all of no significant monetary value. | ☐ No<br>☑ Yes |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
☑ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| AHO FAMILY TRUST<br>For the Benefit of Anna Schoenmann<br>39 Ethel Ave.<br>Mill Valley, CA 94941 | First Republic Securities Company, LLC<br>111 Pine St.<br>San Francisco, CA 94111 | First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111<br>Brokerage account # xxx-xx9403 that establishes an irrevocable living trust;<br><br>AHO FAMILY TRUST<br>For the Benefit of Anna Schoenmann Under agreement dated 05/28/1996<br>E. LYNN SHOENMANN TRUSTEE | $89,770.18 |
| AHO FAMILY TRUST<br>For the Benefit of Jason Schoenmann<br>39 Ethel Avenue<br>Mill Valley, CA 94941 | First Republic Securities Company, LLC<br>111 Pine Street<br>San Francisco, CA 94111 | First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111<br>Brokerage account # xxx-xx9437 that establishes an irrevocable living trust;<br><br>AHO FAMILY TRUST<br>For the Benefit of Jason Schoenmann Under agreement dated 05/28/1996<br>E. LYNN SHOENMANN TRUSTEE | $89,769.18 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **For the Benefit of Anna Schoenmann<br>39 Ethel Avenue<br>Mill Valley, CA 94941** | **First Republic Securities Company, LLC<br>111 Pine Street<br>San Francisco, CA 94111** | **First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111<br>Brokerage account # xxx-xx2217 that establishes a UTMA Trust<br><br>For the Benefit of Anna Schoenmann, under Uniform Transfer to Minors Act until age 21<br>E. LYNN SHOENMANN CUSTODIAN<br>(0% Equitable interest in total value of $31,094.19)** | $31,094.19 |
| **For the Benefit of Jason  Schoenmann<br>39 Ethel Avenue<br>Mill Valley, CA 94941** | **First Republic Securities Company, LLC<br>111 Pine Street<br>San Francisco, CA 94111** | **First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111<br>Brokerage account # xxx-xx0377 that establishes a UTMA Trust<br><br>For the Benefit of Jason Schoenmann, under Uniform Transfer to Minors Act until age 21<br>E. LYNN SHOENMANN CUSTODIAN** | $46,017.54 |
| **For the Benefit of Jason Schoenmann<br>39 Ethel Avenue<br>Mill Valley, CA 94941** | **First Republic Securities Company, LLC<br>111 Pine Street<br>San Francisco, CA 94111** | **First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111<br>Guardian IRA account # xxx-xx1713<br><br>For the Benefit of Jason Schoenmann<br>Pershing LLC as Custodian<br>Beneficiary of John K. Aho<br>E. LYNN SHOENMANN, Guardian** | $364,800.39 |
| **For the Benefit of Anna Schoenmann<br>39 Ethel Avenue<br>Mill Valley, CA 94941** | **First Republic Securities Company, LLC<br>111 Pine Street<br>San Francisco, CA 94111** | **First Republic Securities Company, LLC: 111 Pine Street, San Francisco, CA 94111<br>Guardian IRA account # xxx-xx1549<br><br>For the Benefit of Anna Schoenmann<br>Pershing LLC as Custodian<br>Beneficiary of John K. Aho<br>E. LYNN SHOENMANN, Guardian** | $364,089.58 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

Case: 22-30028   Doc# 7   Filed: 01/16/22   Entered: 01/16/22 20:12:59   Page 48 of 50

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **25 Bankruptcy Debtors and 1 Liquidation Trust** | **Axos Bank 4350 La Jolla Village Drive, Suite 140 San Diego, CA 92122** | **25 fiduciary bank accounts in debtor's names and 1 liquidation trust with a total of $9,509,409.51 on deposit, administered by E. Lynn Schoenmann, Bankrruptcy Trustee.** | **$9,509,409.51** |

---

**Part 10:**  **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ■ No
- ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**  **Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ■ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Case: 22-30028   Doc# 7   Filed: 01/16/22   Entered: 01/16/22 20:12:59   Page 49 of 50

☐ **No. None of the above applies. Go to Part 12.**

☑ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| E. Lynn Schoenmann<br>Bankruptcy Trustee<br>35 Miller Ave.<br>#298<br>Mill Valley, CA 94941 | Legal services performed for U.S. Bankruptcy Court<br><br>Jay D. Crom, CPA<br>Bachecki, Crom & Co., LLP<br>400 Oyster Point Blvd., Suite 106<br>South San Francisco, CA  94080 | **EIN:**    94-3302683<br><br>**From-To**    1997  - present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**

☑ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Small Business Administration<br>Attn: EIDL Loans<br>455 Market Street, Suite 600<br>San Francisco, CA 94105 | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ E. Lynn Schoenmann | |
|---|---|
| E. Lynn Schoenmann<br>Signature of Debtor 1 | Signature of Debtor 2 |

Date    **January 16, 2022**                          Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy