Entered on Docket
August 02, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1 Michael St. James, CSB No. 95653
St. James Law, P.C.
2 22 Battery Street, Suite 810
San Francisco, California 94111
3 (415) 391-7566 Telephone
(415) 391-7568 Facsimile
4 michael@stjames-law.com

5 Counsel for the Debtor

Signed and Filed: August 2, 2022

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In re<br><br>E. LYNN SCHOENMANN,<br><br>Debtor | Case No. 22-30028<br><br>Chapter 11<br><br>DATE: July 29, 2022<br>TIME: 11:00 a.m.<br>JUDGE: Honorable Dennis Montali |

### ORDER GRANTING IN PART AND DENYING IN PART
### MOTION FOR AUTHORITY TO USE SPECIFIED CASH ACCOUNTS

The Motion of E. Lynn Schoenmann, Debtor and Debtor-in-Possession, for an Order authorizing her freely to use specified cash accounts duly came on for hearing on July 29, 2022. Appearances were as noted in the record. Upon consideration of the papers and pleadings filed herein and the argument of counsel, and good cause therefor appearing, for the reasons set forth on the record at the hearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. Under the circumstances, creditors and parties in interest, specifically including respondents Small Business Administration and Stuart Schoenmann, as Executor of the Probate Estate of Donn Schoenmann, have received adequate notice and an opportunity to be heard.

2. E. Lynn Schoenmann, Debtor and Debtor-in-Possession, be, and she hereby is, authorized to use the funds in Wells Fargo Account #'0261 freely, for any purpose otherwise authorized by the Bankruptcy Code or an Order of this Court.

3. E. Lynn Schoenmann, Debtor and Debtor-in-Possession, be, and she hereby is, authorized to use the funds in Wells Fargo Account #2000 freely, for any purpose otherwise authorized by the Bankruptcy Code or an Order of this Court, but only if consistent with the use restrictions contained in the COVID EIDL Loan Documents.

\* \* \* END OF ORDER \* \* \*

Approved as to form:

STEPHANIE M. HINDS
United States Attorney

By: \_\_\_/s/ David M. DeVito_____
    David M. DeVito
    Assistant United States Attorney
    Attorneys for Creditor U.S. Small Business Administration

*Court's Service List*

All persons entitled to notice of entry of this Order are ECF registered