

Signed and Filed: August 30, 2022

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
22 Battery Street, Suite 810
San Francisco, California 94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

In re

E. LYNN SCHOENMANN,

    Debtor

Case No. 22-30028

Chapter 11

### ORDER SEQUESTERING SPECIFIED CASH

    The Motion to Prohibit or Condition Debtor's Use of Cash Collateral and for Adequate Protection came on for continued hearings on August 18, 2022 and August 25, 2022. Appearances were as noted in the record. Upon consideration of the Debtor's Adequate Protection Proposal, Dkt #150; and good cause therefore appearing,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.    The funds held in First Republic Bank accounts '1525 in the approximate current amount of $388,959 and '1556 in the approximate current amount of $118,637 (collectively, the "Sequestered

Funds") shall be frozen in place, and neither the Debtor nor any other person shall withdraw or transfer any of the Sequestered Funds.

2. The Court reserves the right to modify the provisions of the foregoing paragraph at a future hearing, following due notice to Stuart Schoenmann.

3. This Order specifically acknowledges the Debtor's offer that, should the Court subsequently determine it necessary and appropriate to require a distribution of the Sequestered Funds, the Debtor will waive any exemption or comparable right which might impede implementation of such determination.

4. Nothing in this Order or the relief granted by it shall disturb or alter the tax characteristics of the Sequestered Funds.

5. Nothing contained in this Order or the relief granted by it shall be deemed to implicate or rule upon the merits or substance of the contentions of the Debtor or of Stuart Schoenmann. This Order is entered as an exercise of the Court's plenary control over the administration of the above estate.

\* \* \* END OF ORDER \* \* \*

Approved as to form and content:

TRODELLA & LAPPING, LLP


By:   /s/  *Richard Lapping*         .
         Richard Lapping
Counsel for Stuart Schoenmann, Executor

***Court's Service List***

All persons entitled to notice of entry of this Order are ECF registered