Entered on Docket
July 18, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 17, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for the Debtor

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

In re

E. LYNN SCHOENMANN,

Debtor

Case No. 22-30028

Chapter 11

DATE:   July 14, 2023
TIME:   10:30 a.m.
JUDGE:  Honorable Dennis Montali

### ORDER APPROVING AND AUTHORIZING SALE OF REAL PROPERTY
### (39 Ethel, Mill Valley, CA. 94941)

The Motion of E. Lynn Schoenmann, Debtor and Debtor-in-Possession (the "Debtor"), for an Order authorizing the sale of 39 Ethel, Mill Valley, CA. 94941 (the "Sale Motion" and the "39 Ethel Property," respectively); Dkt #319; duly came on for hearing on July 14, 2023. Appearances were as noted on the record. It appears that due notice was given to creditors, the U.S. Trustee, and to parties in interest. The Court considered and addressed the two timely Objections to the Sale Motion; Dkt #326

and #327 and reserved the Objections for later determination by the Court. It appearing that the requirements for an overbid established by the Debtor were fair and reasonable and beneficial to the estate; Dkt #320; and resulted in an auction, at which the high bidder for the purchase of the 39 Ethel Property was Kenneth D. and Christina Hurwitz (the "Buyer") on the terms of their prior purchase agreement; Exhibit A to Dkt #319-1, except at a purchase price of $3,775,000, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. Under the circumstances, creditors and parties in interest have received adequate notice and an opportunity to be heard.

2. The sale of the 39 Ethel Property to the Buyer be, and it hereby is, approved pursuant to 11 U.S.C. Section 363(h).

3. The Buyer be, and it hereby is, determined to be a "good faith purchaser" entitled to the benefits of 11 U.S.C. Section 363(m).

4. The Bridge Loan secured by a Second Deed of Trust is hereby modified to provide for a release of its lien encumbering the 39 Ethel Property, Instrument Number 2023-007160, in consideration of payment of $603,000 through escrow or otherwise as described further in Paragraph 6. The foregoing provisions are approved pursuant to the consent of the Bridge Lender, as reflected by its counsel's approval below. The fifty percent co-owner, the Probate Estate, reserves all objections regarding the nature of this payment.

5. The sale proceeds shall first be disbursed from escrow on account of reasonable and ordinary closing costs and costs of sale and other customary and contractual costs and expenses incurred in order to effectuate the sale including, without limitation:

    a. The expenses assigned to the seller reflected in the purchase agreement;

    b. An aggregate broker's commission of 5%,

      c. Reimbursement to the bankruptcy estate of prepping and staging costs aggregating $70,293.04

6. The sale proceeds shall next be disbursed from escrow to satisfy all unpaid, outstanding and/or prorated real property taxes and assessments and the demand submitted by the holder of the First Deed of Trust (less a hold-back in escrow of any portion of that demand attributable to attorneys' fees), the release amount respecting the debt secured by the Second Deed of Trust referenced in Paragraph 4, above, and any other debts secured by liens encumbering the 39 Ethel Property. It is expressly agreed that the Probate Estate's net proceeds from the sale shall be calculated prior to any payment on the Second Deed of Trust and that the $603,000 referenced in Paragraph 4 shall not be paid from the Probate Estate's net proceeds.

7. The escrow company is requested to hold the net proceeds of sale in escrow, pending further Court Order.

\* \* \*     END OF ORDER     \* \* \*

Approved as to form and content:

LAW OFFICES OF MIRIAM . HISER

By: /s/ *Miriam Hiser* .
      Miriam Hiser
Counsel for Stuart Schoenmann, Executor


Approved as to form and content:

FRENCH LYON TANG

By: /s/ *Patricia H. Lyon* .
      Patricia H. Lyon
Counsel for the Bridge Lender

*Court's Service List*

All persons entitled to notice of entry of this Order are ECF registered *except:*