

Signed and Filed: March 10, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 22-30028-DM |
| E. LYNN SCHOENMANN, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) **ORDER SETTING HEARING ON MOTION** |
| | ) **FOR PARTIAL SUMMARY JUDGMENT** |
| | ) **AND OTHER MATTERS** |
| | ) |
| | ) Date:  May 16, 2025 |
| | ) Time:  11:00 AM |
| | ) Via Videoconference |
| | ) www.canb.uscourts.gov/calendars |
| _____ | ) |
| | ) |
| STUART SCHOENMANN, in his | ) Adversary Proceeding |
| capacity as executor of the | ) No. 22-03105-DM |
| estate of Donn R. Schoenmann, | ) |
| | ) Consolidated with Adv. Proc. |
| Plaintiff, | ) No. 24-03035-DM |
| | ) |
| v. | ) |
| | ) |
| E. LYNN SCHOENMANN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | ) |
| E. LYNN SCHOENMANN, | ) Adversary Proceeding |
| | ) No. 24-03035-DM |
| Plaintiff, | ) |
| | ) |
| v. | ) |

-1-

| | |
|---|---|
| | ) |
| STUART SCHOENMANN, Individually | ) |
| and as Executor of the Probate | ) |
| Estate of Donn R. Schoenmann, | ) |
| CELESTE LYTLE; BETH SCHOENMANN; | ) |
| and COLETTE SIMS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The court held a hearing on March 7, 2025. The comments of counsel for E. Lynn Schoenmann and also for Stuart Schoenmann et al. reveal some confusion about scheduling the so-called Sequestration Order Dispute in the Main Case with the matters presented by this consolidated adversary proceeding. Further comments indicated some additional confusion about when and how to adjudicate in this court unresolved matters such as pending objections to exemptions claimed by Ms. Schoenmann (Main Case Dkts. 82, 539) and other related matters.

To remove all doubt, the court hereby reiterates the following:

1) All issues framed by the pleadings in the two consolidated adversary proceedings, the Sequestration Order Dispute in the main case, the challenge to exemptions in the main case, and any other matters unresolved and pending between Stuart Schoenmann et al. and E. Lynn Schoenmann will be dealt with by this scheduling order.

2) Not dealt with by this order, and to be scheduled separately, are any hearings that may be necessary on objections to the allowance of claims, or any amended

-2-

claims Stuart Schoenmann et al. may file in the future.

3) Counsel for E. Lynn Schoenmann indicated that a desire to proceed by way of summary judgment to dispose of the Sequestration Order Dispute. In that regard, any such motion for partial summary judgment must be filed and served no later than **April 11, 2025.** The court will hold a hearing on that partial summary judgment motion on **May 16, 2025 at 11:00 AM.** Opposition by Stuart Schoenmann et al. is due fourteen (14) days prior to the hearing and any reply by E. Lynn Schoenmann is due seven (7) days prior.

4) Prior to the hearing on that motion, counsel should once again meet and confer, just as directed in this court's order of December 11, 2024 in the consolidated adversary proceeding (Main Case Dkt. 632; Adv. Proc. No. 22-03105, Dkt. 25), regarding any discovery or scheduling of matters other than the motion referred to above regarding the Sequestration Order dispute. It is the court's intention at the continued hearing to pin down once and for all any pre-trial discovery deadlines and to schedule a final trial on all matters remaining as referred to above.

All hearings will be conducted by video conference unless otherwise noted. Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

-3-

1
2   The Bankruptcy Court's website provides information
    regarding how to arrange an appearance at a video hearing.   If
3   parties have questions about how to participate in a video
4   hearing, they may contact the court by calling 888-821-7606 or
5   by using the Live Chat feature on the Bankruptcy Court's website
6   at https://www.canb.uscourts.gov/.
7
8                          **END OF ORDER**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                  -4-

<u>COURT SERVICE LIST</u>

ECF Recipients

-5-