LAW OFFICE OF WAYNE A. SILVER
Wayne A. Silver (108135)
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Telephone: (650) 282-5970
ws@waynesilverlaw.com

ALICIA M. GÁMEZ (244948)
Gámez Law
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone. (415) 341-8143
alicia@Gámezlaw.com

Attorneys for Stuart Schoenmann,
as Executor of the Probate Estate of
Donn R. Schoenmann

FRANK BUSCH (State Bar No. 258288)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
ef-fhb@cpdb.com

Attorneys for Celeste Lytle,
Beth Schoenmann, and Colette Sims

Nathan D. Borris (266090)
JKZ LLP
101 Montgomery St., Ste 1600
San Francisco, CA 94104-4133
Telephone: (415) 693-0550
nathan@jkzllp.com

Attorneys for Stuart Schoenmann, Celeste
Lytle, Beth Schoenmann, and Colette Sims

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>E. LYNN SCHOENMANN,<br>aka Eunice Lynn Schoenmann<br>dba E. Lynn Schoenmann,<br><br>Debtor. | Case No. 22-30028 (DM)<br>Chapter 7<br><br>Date: February 21, 2025<br>Time: 11:00 a.m.<br>Location: Telephonic/Videoconference<br>Judge: Hon. Dennis Montali |

**[PROPOSED] COMFORT ORDER RE: TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY BETWEEN THE BANKRUPTCY TRUSTEE AND THE DEBTOR [ECF # 665]**

Jason M. Rund, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of E. Lynn Schoenmann ("Debtor") moved the Court to compromise a controversy with the Debtor under Fed.R.Bankr.Pro. 9019 and to approve a Settlement Agreement [ECF # 665] ("9019 Motion"). The 9019 Motion concerns two issues: (1) the Debtor's "Markosian Demand," and (2) abandonment of the bankruptcy estate's interest in the Debtor's current residence located at 81 Pinheiro Circle, Novato, California 94945 ("Novato Residence").

Creditor and state court Petitioner Stuart Schoenmann ("Executor"), both individually and as executor of the Estate of Donn R. Schoenmann ("Probate Estate")[1], together with creditors and state court Petitioners Celeste Lytle, Beth Schoenmann, and Colette Sims (collectively, "Petitioners") opposed the 9019 Motion on a limited basis, and requested a comfort order concerning the Probate Estate's contention it has an undivided co-ownership interest (and therefore *in rem* rights) with the Debtor in all of the personal property held by Debtor at the Novato Residence; a Stor-all Storage Unit, 799 Redwood Hwy, Mill Valley, CA; and a Public Storage Unit, 130 Landing Court, Novato, CA (together, the "Personal Property").

The Court previously approved the Trustee's motion to abandon the Personal Property by Order entered on April 1, 2024 [ECF # 526], which terminated the Bankruptcy Estate's interest in the Personal Property, and therefore terminated the automatic stay with respect to the Bankruptcy Estate's interests in the Personal Property under 11 U.S.C. § 362(c)(1), as a matter of law.

The Debtor received a Chapter 7 discharge on April 18, 2024 [ECF #535] ("Debtor's Discharge"), which terminated all aspects of the automatic stay as it applies to the Debtor with respect to both the Personal Property and the Novato Residence under the above-cited § 362(c)(2)(C), again as a matter of law.

A discharge does not extinguish *in rem* rights, it only affects the debtor's "personal liability." *Reed v. Reed (In re Reed)*, 640 B.R. 932, 939 (9th Cir. BAP 2022); *Ahn v. Sanger (In re Ahn)*, No. NC-16-1421-BJuF, 2017 Bankr. LEXIS 3805, at *19 (9th Cir. BAP Nov. 2, 2017)

---

[1] *In re the Estate of Donn R Schoenmann*, Case No. PRO1801087 ("Probate Case," or "Probate Estate"), pending in the Superior Court of California for the County of Marin (the "Probate Court").

Page - 2

[Proposed] Comfort Order Re: Trustee's Motion To Compromise    Case No.: 22-30028 (DM)

**GOOD CAUSE APPEARING, THE COURT FINDS AND ORDERS THAT**:

The Bankruptcy Court no longer has jurisdiction over the Personal Property. Petitioners may therefore seek a determination and enforcement of their co-ownership *in rem* rights to the Personal Property from the Probate Court without violating either the automatic stay or the Debtor's Discharge.

*** END OF ORDER***

## Court Service List

All interested parties and counsel will be served through the Court's CM/ECF system.